IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22CR3033 |
| vs. | |
| ZAKARIA HASSAN, | ORDER |
| Defendant. | |

Defendant's appointed counsel, Michael J. Tasset, has moved to withdraw because Defendant now has retained counsel. (Filing No. 32). Defendant's retained counsel, Stu Dornan, has moved to continue the plea hearing set for tomorrow because he needs additional time to review the discovery. (Filing No. 33). The motion to continue is unopposed. The court finds both motions should be granted.

IT IS ORDERED:

1) The motion of Michael J. Tasset to withdraw as counsel of record for Defendant, (Filing No. 32), is granted.

2) Defendant's newly retained counsel, Stu Dornan, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Michael J. Tasset from any future ECF notifications herein.

4) Defendant's motion to continue, (Filing No. 33), is granted.

5) The change of plea hearing previously scheduled for November 22, 2022 is cancelled.

6) A hearing is set to commence before the undersigned magistrate judge in Courtroom 2, United States Courthouse, Lincoln, Nebraska,

at 1:00 p.m. on January 19, 2023. Thirty minutes have been set aside for the hearing. Defendant, defense counsel, and counsel for the government shall attend the hearing.

Defendant may choose to enter a plea of guilty before the undersigned magistrate judge at this hearing. In the alternative, the court will set the date of the jury trial along with the deadlines for disclosing experts as required under Rule 16.

If Defendant chooses to enter a plea of guilty on January 19, 2023, the Petition to Enter a Plea of Guilty and any Plea Agreement must be forwarded to zwart@ned.uscourts.gov on or before January 18, 2023.

7) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and January 19, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 21st day of November, 2022.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge